UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
MICHAEL HALPERT,                          :
                                          :
                    Plaintiff,            :
                                          :  04 Civ. 1850(BSJ)(RLE)
v.                                        :  **Order**
                                          :
MANHATTAN APARTMENTS, INC.                :
                                          :
                    Defendant.            :
------------------------------------------x

**BARBARA S. JONES
UNITED STATES DISTRICT JUDGE**

In light of the recent remand of this matter by the Second Circuit Court of Appeals, the Parties are directed to appear before this Court for a conference on November 16, 2009 at 10:30 a.m. at Courtroom 17C at 500 Pearl Street, New York, New York, 10007.

SO ORDERED:

*/s/ Barbara S. Jones*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 29, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

1