# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
www.debevoise.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/13
```

August 30, 2013

**BY ELECTRONIC MAIL**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

On September 3, 2013, Mr. Halpert spoke to the Court by telephone, in satisfaction of the Court's order of August 1, 2013, to confirm with that he has retained Debevoise & Plimpton LLP as counsel.

New York, NY
September 3, 2013

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

*Halpert v. Manhattan Apartments, Inc.*,
No. 1:04-cv-01850-LGS-RLE

Dear Judge Schofield:

      We write in regard to the Scheduling Order entered in this matter on September 1, 2013 (Docket No. 117), which required *pro se* plaintiff Michael Halpert to inform the Court by September 3, 2013 as to whether he will retain our firm to represent him in this case. Specifically, we write to advise Your Honor that Mr. Halpert has tentatively agreed to retain Debevoise & Plimpton LLP as his *pro bono* counsel, provided that he first receives confirmation that defense counsel will not object to our representation of him. Mr. Halpert is concerned that, because I was at one time associated with a law firm at which Joseph E. Gehring, Jr., was also employed, defense counsel might object to our representation of Mr. Halpert. To assuage Mr. Halpert's concerns, I will seek written confirmation from defense counsel that they have no objection to our representation of Mr. Halpert in this matter.

      Please let us know if you have any questions or would like us to appear for any reason. We thank you for your attention.

Respectfully submitted,

Jyotin Hamid

cc: Joseph E. Gehring, Jr.
     Michael Halpert