USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                  :
MICHAEL HALPERT                  :
              Plaintiff,    :
                  :    04 Civ. 1850 (LGS)
    -against-    :
                  :    ORDER
MANHATTAN APARTMENTS INC.,  :
              Defendant.  :
                  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS Plaintiff has indicated his intent to retain Debevoise & Plimpton LLP subject to the approval of Defendant's counsel, even though Plaintiff has the right to retain counsel of his choice without such approval;

    WHEREAS, as District Judge Schofield is a retired parter of Debevoise & Plimpton LLP and receives retirement benefits from the firm, she has a non-waivable duty to disqualify herself pursuant to the Code of Conduct for United States Judges, Canons 3(C)(1)(c) and 3(D), and the case must be reassigned, if Debevoise is retained by Plaintiff.  It is hereby

    **ORDERED** that Defendant's counsel provide written notice to the Court by September 10, 2013 whether he has any objection to Mr. Halpert retaining Debevoise as counsel.

    **IT IS FURTHER ORDERED** that, if Defense counsel consents, Debevoise shall enter appearance on or before September 11, 2013.

    **IT IS FURTHER ORDERED** that the conference scheduled for September 9, 2013 is adjourned.

    The Clerk of Court is directed to mail a copy of this Order to the Pro Se Plaintiff.

Dated: New York, New York
September 9, 2013

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE