# Gehring & Satriale LLC

Joseph E. Gehring, Jr.
(212) 400-7428
jgehring@GTSLaw.com

370 Lexington Avenue
Suite 1200
New York, New York 10017
(212) 400-7420
(212) 400-7440 (fax)

August 10, 2013

**BY EMAIL**

The Honorable Lorna G. Schofield, U.S.D.J.
Unites States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  <u>Halpert v. Manhattan Apartments, Inc., Case No. 1:04-CV-01850</u>

Dear Judge Schofield:

    We represent Defendant in connection with the above-referenced matter.  Please be advised that we have no objection to Plaintiff's retention of Debevoise & Plimpton LLP.

    Thank you for your continued attention in this matter.

          Respectfully submitted,


          /s/
          Joseph E. Gehring, Jr.

cc: Michael Halpert
   (by email)

   Jyotin Hamid, Esq.
   (by email)