DEBEVOISE & PLIMPTON LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/13

September 11, 2013

**BY ELECTRONIC MAIL**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Halpert v. Manhattan Apartments, Inc.*,
No. 1:04-cv-01850-LGS-RLE

Dear Judge Schofield:

    We write in regard to the Scheduling Order entered in this matter on September 9, 2013 (Docket No. 119). This order required our firm to enter an appearance on behalf of *pro se* plaintiff Michael Halpert on or before September 11, 2013, assuming Defendant's counsel provided written confirmation to the Court that he has no objection to Mr. Halpert retaining us as counsel. Specifically, we write to advise Your Honor that while Mr. Halpert has tentatively agreed to retain Debevoise & Plimpton LLP as his *pro bono* counsel, we need additional time to address his questions and concerns about our engagement letter. We hope to have these issues resolved promptly. Therefore we respectfully request that our deadline for entering an appearance be adjourned.

    Please let us know if you have any questions. We thank you for your attention.

Respectfully submitted,

Jyotin Hamid

cc: Joseph E. Gehring, Jr.
    Michael Halpert

The deadline is adjourned to Monday, September 16, 2013.
New York, NY
September 11, 2013

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

New York • Washington, D.C. • London • Paris