# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

September 16, 2013

**BY ELECTRONIC MAIL**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Halpert v. Manhattan Apartments, Inc.*,
No. 1:04-cv-01850-LGS-RLE

Dear Judge Schofield:

    We write in regard to the endorsed letter entered in this matter on September 11, 2013 (Docket No. 121). This endorsement granted our request to adjourn the deadline for our firm to enter an appearance on behalf of *pro se* plaintiff Michael Halpert and set the new deadline to September 16, 2013. We write to advise Your Honor that Mr. Halpert continues to need additional time to consider our firm's engagement letter and discuss with us the questions and concerns he has about our *pro bono* representation of him. Mr. Halpert has advised that he believes he needs a few weeks to consider and discuss his questions and concerns fully. We therefore respectfully request that our deadline for entering an appearance be adjourned until October 4, 2013.

    Please let us know if you have any questions. We thank you for your attention.

Respectfully submitted,

Jyotin Hamid

cc:    Joseph E. Gehring, Jr.
        Michael Halpert

---

**Endorsement:**

Application granted. Debevoise & Plimpton LLP must enter its appearance, if at all, no later than October 4, 2013. No further extensions of this date will be granted. In the event that Plaintiff has not determined to retain counsel by October 4, 2013: (1) the matter shall proceed with Plaintiff acting pro se; (2) Plaintiff shall submit his Pretrial Statement in accordance with Rule 6.A. of the Court's Individual Rules in Civil Pro Se Cases by October 18, 2013; (3) Defendant shall submit its Pretrial Statement by November 1, 2013; (4) the parties shall refer to Rule 6.B. regarding other pretrial filings; (5) the final pretrial conference shall be held on November 21, 2013, at 10:45 AM; (6) trial will commence on December 9, 2013.

Dated: 09/16/2013

SO ORDERED
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/2013

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai