UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                             :

Michael Halpert,                         :            04 Civ. 01850 (LGS)

               Plaintiff,   :            ECF Case

    -against-                  :            NOTICE OF APPEARANCE AND
Manhattan Apartments, Inc.,   :            REQUEST FOR ELECTRONIC
                                       :            NOTIFICATION
               Defendant. :
-----------------------------------x

        PLEASE TAKE NOTICE that Michael Halpert appears in the case captioned above by his counsel, Jyotin Hamid of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:  New York, New York
         September 26, 2013

                                               DEBEVOISE & PLIMPTON LLP

                                               By:  /s/ Jyotin Hamid
                                                        Jyotin Hamid
                                                jhamid@debevoise.com

                                             919 Third Avenue
                                             New York, New York  10022
                                             (212) 909-6000

                                             *Attorneys for Michael Halpert*

TO:    Joseph E. Gehring, Jr.
         Gehring & Satriale LLC
         370 Lexington Ave.
         Suite 1200
         New York, New York  10017

         *Attorneys for Manhattan Apartments Inc.*