UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Michael Halpert,

                Plaintiff,

        -against-

Manhattan Apartments, Inc.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04 Civ. 01850 (LGS)

ECF Case

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

        PLEASE TAKE NOTICE that Michael Halpert appears in the case captioned above by his counsel, Lindsey Kennedy of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
       September 26, 2013

                                      DEBEVOISE & PLIMPTON LLP

                                      By: /s/ Lindsey Kennedy
                                              Lindsey Kennedy
                                         lckennedy@debevoise.com

                                      919 Third Avenue
                                      New York, New York 10022
                                      (212) 909-6000

                                      *Attorneys for Michael Halpert*

TO:    Joseph E. Gehring, Jr.
           Gehring & Satriale LLC
           370 Lexington Ave.
           Suite 1200
           New York, New York 10017

           *Attorneys for Manhattan Apartments Inc.*