UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
Michael Halpert,                          :
                                          :        04 Civ. 01850 (LGS)
                  Plaintiff,              :
                                          :        ECF Case
         -against-                        :
                                          :
Manhattan Apartments, Inc.,               :        NOTICE OF APPEARANCE AND
                                          :        REQUEST FOR ELECTRONIC
                  Defendant.              :        NOTIFICATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that Michael Halpert appears in the case captioned above by his counsel, Tricia Sherno of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
       September 26, 2013

                                                DEBEVOISE & PLIMPTON LLP

                                                By:  /s/ Tricia Sherno
                                                         Tricia Sherno
                                                 tbsherno@debevoise.com

                                               919 Third Avenue
                                               New York, New York 10022
                                               (212) 909-6000

                                               *Attorneys for Michael Halpert*

TO:   Joseph E. Gehring, Jr.
        Gehring & Satriale LLC
        370 Lexington Ave.
        Suite 1200
        New York, New York 10017

        *Attorneys for Manhattan Apartments Inc.*